Jeffrey TILLMAN, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS and Court of Common Pleas of Lehigh County, Pennsylvania, Appellees**

**No. 53 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: January 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of January, 2017, the order of the Commonwealth Court is hereby **AFFIRMED.**

Steven CURTICIAN, pro se, et al.
similarly situated prisoners,
Appellants

v.

**J. WETZEL, Cam II Sage, U/M Reese, Super. Cameron, et al., Appellees**

**No. 24 WAP 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Order of the Commonwealth Court is **AFFIRMED.**

Alvenio CULPEPPER, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS; SCI Graterford, Appellee**

**No. 123 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: June 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of June, 2017, the Order of the Commonwealth Court is **AFFIRMED.**